# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| ANITA KUNZMAN, on behalf of herself and others similarly situated, | : :  Case No. 8:22-cv-00543 |
| Plaintiff, | : : |
| v. | : :  **CLASS ACTION** |
| ARVIV MEDICAL AESTHETICS, PLLC, a Florida company, | : : : |
| Defendant. | : : |

## NOTICE OF SETTLEMENT

Plaintiff Anita Kunzman hereby notifies the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 60 days. Accordingly, Plaintiff respectfully requests that all current deadlines and hearings be suspended pending the filing of the Notice of Dismissal.

Dated: June 16, 2022

Respectfully submitted,

*/s/ Avi Kaufman*
Avi R. Kaufman (FL Bar no. 84382)*
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 S. Dixie Hwy, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

2

*Trial Counsel

*Counsel for Plaintiff and the
putative Classes*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 16, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ Avi R. Kaufman